UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORIO C. FUNTANILLA, JR.,<br><br>  Petitioner,<br><br>  vs.<br><br>KEN CLARK,<br><br>  Respondent.<br>_____/ | 1:06-cv-01181 LJO TAG  (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Doc. 9) |

On March 10, 2008, Petitioner filed a motion for an extension of time (Doc. 9) to file a response to the Court's order to show cause why the instant petition for writ of habeas corpus should not be dismissed (Doc. 8). The Court has considered Petitioner's motion, finds that good cause exists to grant it, and makes the following order:

1. Petitioner's motion for an extension of time to file a response to the order to show cause is GRANTED;

2. Petitioner shall have to and including March 31, 2008 to file a response; and

3. No further extensions of time will be granted absent extraordinary circumstances.

Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: **March 14, 2008**              /s/ Theresa A. Goldner
                                UNITED STATES MAGISTRATE JUDGE